ORDER OF MULTIDISTRICT LITIGATION PANEL

 Order Issued November 29, 2005

04-0606 IN RE SILICA PRODUCTS LIABILITY LITIGATION

 Order Concerning Pre-September 1, 2003 Silica Cases

 On November 10, 2004 this panel granted a motion to transfer certain
silica cases to a pretrial judge pursuant to Rule of Judicial
Administration 13. On the same date, the panel named Judge Tracy
Christopher, Judge of the 295th District court of Harris County, as
pretrial judge and transferred the cases to her.
 At that time the panel's authority was limited to civil actions filed
on or after September 1, 2003. During the last legislative session,
however, the Legislature amended the Civil Practice and Remedies Code by
adding Chapter 90, entitled "Claims Involving Asbestos and Silica." Section
90.010 applies the MDL rules retroactively to pending cases involving
claims for silica-related injuries filed before September 1, 2003, with
certain exceptions.
 The panel hereby designates Judge Christopher as the pretrial judge
in any cases that were filed before September 1, 2003 and that are
transferred to MDL pursuant to section 90.010 or any rules promulgated by
the Supreme Court to effectuate Chapter 90.